# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-3355-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| ANNAM AHMED (1), KATRINA DAUGHERTY (2) | |
| Defendants. | |

Upon the joint request of the parties, good cause appearing thereof, IT IS HEREBY ORDERED that:

1. The motion hearing/trial setting in this matter is continued from January 21, 2022 to February 25, 2022 at 1:30 p.m.;

2. Time shall be excluded under the Speedy Trial Act under 18 U.S.C. §§ 3161, (h)(1)(D), and (h)(7)(A) from today to February 25, 2022 based upon the following findings:

    a. There are unresolved motions pending;

    b. A denial of the joint request for the continuance would deny counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

      c.  The ends of justice served by granting the parties' continuance request outweigh the best interest of the public and Defendants in a speedy trial

IT IS SO ORDERED.

Dated: January 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge