UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANNAM EJAZ AHMED (1),<br>KATRINA NICOLE DAUGHERTY (2),<br><br>Defendants. | 21-CR-3355-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Honorable Janis L. Sammartino |

Upon the joint request of the parties, good cause appearing thereof, IT IS HEREBY ORDERED that:

1. The motion hearing/trial setting in this matter is continued from February 25, 2022, to April 15, 2022, at 1:30 p.m.;

2. Time shall be excluded under the Speedy Trial Act under 18 U.S.C. §§ 3161, (h)(1)(D), and (h)(7)(A) from today to April 15, 2022, based upon the following findings:

    a. Discovery is ongoing and additional discovery is forthcoming, and plea agreements are pending;

        b.  A denial of the joint request for the continuance would deny counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

        c.  The ends of justice served by granting the parties' continuance request outweigh the best interest of the public and Defendants in a speedy trial

IT IS SO ORDERED.

Dated: February 23, 2022

*[signature: Janis L. Sammartino]*
Hon. Janis L. Sammartino
United States District Judge